FORM B6D (12/03) West Group, Rochester, NY

In re *Mark A Swift* _____ / Debtor   Case No. *05 B 35255* _____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *CIB Marine Capital, LLC* *101 North Wolf Road* *Hillside IL  60162* | X | *Loan Secured by mortgage Residence*  Value: *$ 3,600,000.00* | | | X | *$ 1,718,803.73* | *$ 86,516.96* |
| Account No: *609700354795* *Creditor # : 2* *JP Morgan Chase Bank (formerly Bank One)* *719 Elm Street* *Winnetka IL  60093* | | *Loan Secured by mortgage Residence*  Value: *$ 3,600,000.00* | | | | *$ 482,665.28* | *$ 0.00* |
| Account No: *03390002413-0000* *Creditor # : 3* *North Shore Community Bank* *7800 Lincoln Avenue* *Skokie IL  60077* | X | *Loan Secured by mortgage Residence*  Value: *$ 3,600,000.00* | | | | *$ 502,047.95* | *$ 0.00* |
| Account No: *Creditor # : 4* *Washington Mutual* *PO Box 3139* *Milwaukee WI 53201-3139* | X | *Loan Secured by mortgage Residence*  Value: *$ 3,600,000.00* | | | | *$ 983,000.00* | *$ 0.00* |

No continuation sheets attached

Subtotal $ *3,686,516.96*
(Total of this page)

Total $ *3,686,516.96*
(Use only on last page. Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Mark A Swift_ / Debtor    Case No. _05 B 35255_
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3713 828757 27003 <br> _Creditor # : 1_ <br> _American Express_ <br> _PO Box 650448_ <br> _Dallas TX 75265-0448_ | | | _Credit Card Purchases_ | | | | $ 50,950.00 |
| Account No: 4388 5230 2209 6869 <br> _Creditor # : 2_ <br> _Chase Bank_ <br> _PO Box 94014_ <br> _Palatine IL  60094-4014_ | | | _Credit Card Purchases_ | | | | $ 18,715.00 |
| Account No: <br> _Creditor # : 3_ <br> _Citibank Customer Service_ <br> _PO Box 6500_ <br> _Sioux Falls SD 57117_ | | | _Credit Card Purchases_ | | | | $ 15,858.00 |
| Account No: 03 L 8168 <br> _Creditor # : 4_ <br> _Cole Taylor Bank_ <br> _9550 West Higgins Road_ <br> _Rosemont IL  60018_ | | | _Judgment_ | | | | $ 598,462.00 |

_1_ continuation sheets attached

**Subtotal $**    683,985.00
(Total of this page)

**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *Mark A Swift* / Debtor    Case No. *05 B 35255*

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 5* <br> *Jolivette & Temploer, PC* <br> *10 South LaSalle, Suite 1017* <br> *Chicago IL  60603* | | *Legal Services* | | | | $ 69,949.61 |
| Account No: <br> *Creditor # : 6* <br> *JP Morgan Chase Bank* <br> *(formerly Bank One)* <br> *719 Elm Street* <br> *Winnetka IL  60093* | X | *Unsecured Loan* | | | X | $ 9,228.24 |
| Account No: <br> *Creditor # : 7* <br> *JP Morgan Chase Bank* <br> *(formerly Bank One)* <br> *719 Elm Street* <br> *Winnetka IL  60093* | | *Unsecured Loan* | | | X | $ 159,509.34 |
| Account No: *4264 2806 1577 5955* <br> *Creditor # : 8* <br> *MBNA America* <br> *1000 Samoset Drive* <br> *Wilmington DE 19884-2332* | | *Credit Card Purchases* | | | | $ 32,242.00 |
| Account No: *03 L 10752* <br> *Creditor # : 9* <br> *Northbrook Group Holdings* <br> *Attn: Mark Steger* <br> *221 Wood Stock Ave* <br> *Kenilworth IL  60043* | | *Pending Lawsuit* | | | | $ 1,000,000.00 |
| Account No: *01 L 13050* <br> *Creditor # : 10* <br> *Oronova, Inc* <br> *c/o Patrick Hart* <br> *1585 Ellinwood, #105* <br> *Des Plaines IL  60016* | | *Judgment* | | | | $ 130,000.00 |

Sheet No. *1* of *1* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) *1,400,929.19*

Total $ (Report total also on Summary of Schedules) *2,084,914.19*