FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 05-35255    ERW    Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SWIFT, MARK A | Date Filed (f) or Converted (c): | 09/02/05 (f) |
|  |  | 341(a) Meeting Date: | 10/17/05 |
| For Period Ending: | 12/31/08 | Claims Bar Date: | 04/02/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at 220 N. Melrose Ave., Kenilworth, IL | 3,600,000.00 | 0.00 |  | 0.00 | 0.00 |
| 2. Checking account at JP Morgan | 150.00 | 0.00 |  | 0.00 | 0.00 |
| 3. Checking account at North Shore Community Bank | 31.50 | 0.00 |  | 0.00 | 0.00 |
| 4. Misc. household goods | 1,000.00 | 0.00 |  | 0.00 | 0.00 |
| 5. Misc. wearing apparel | 1,000.00 | 0.00 |  | 0.00 | 0.00 |
| 6. Baretta shotgun | 325.00 | 0.00 |  | 0.00 | 0.00 |
| 7. Term insurance with Colonial Life | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 8. Securities held & pledged to JP Morgan | 120,000.00 | Unknown |  | 0.00 | Unknown |
| 9. 1989 Mercedes Benz | 2,000.00 | Unknown |  | 0.00 | Unknown |
| 10. 2000 Mercedes Benz 320 ML | 13,850.00 | Unknown |  | 0.00 | Unknown |
| 11. Office furnishing | 1,000.00 | 0.00 |  | 0.00 | 0.00 |
| 12. Lawsuit against Bank | 0.00 | 15,000.00 |  | 15,000.00 | FA |
| 13. Law Suit against the Martins (u) | 0.00 | 50,000.00 |  | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 39.57 | Unknown |
| TOTALS (Excluding Unknown Values) | $3,739,356.50 | $65,000.00 |  | $25,039.57 | $0.00 |
|  |  |  |  | Gross Value of Remaining Assets |  |
|  |  |  |  | (Total Dollar Amount in Column 6) |  |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has settled the case, objected to claims and is now in process of closing the estate.

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 03/31/09

LFORM1                                                                                                                    Ver: 14.21

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-35255 -ERW  
Case Name: SWIFT, MARK A  
Taxpayer ID No: *********6001  
For Period Ending: 12/31/08  

Trustee Name: RONALD R. PETERSON  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *********6832 Money Market Account (Interest Earn  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

Page: 1

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/07 | 12 | Delivermed Holdings, LLC 220 Melrose Avenue Kenilworth, Illinois 60043 | | 1149-000 | 15,000.00 | | 15,000.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.77 | | 15,004.77 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.95 | | 15,010.72 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.57 | | 15,014.29 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.55 | | 15,017.84 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.08 | | 15,020.92 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,022.83 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.85 | | 15,024.68 |
| 07/08/08 | 13 | Settlement of Swift Lawsuit Against Bank | Bank Serial #: 000000 | 1249-000 | 10,000.00 | | 25,024.68 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.89 | | 25,027.57 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.17 | | 25,030.74 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.08 | | 25,033.82 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.43 | | 25,036.25 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.05 | | 25,038.30 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.27 | | 25,039.57 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| COLUMN TOTALS | 25,039.57 | 0.00 | |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 25,039.57 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,039.57 | 0.00 | |

TOTAL - ALL ACCOUNTS  
Money Market Account (Interest Earn - *********6832        Page Subtotals    25,039.57    0.00    25,039.57

LFORM24    Ver: 14.21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 05-35255 -ERW |
|---|---|
| Case Name: | SWIFT, MARK A |
| Taxpayer ID No: | *******6001 |
| For Period Ending: | 12/31/08 |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6832 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

Page Subtotals 0.00 0.00

Total Funds On Hand

LFORM24 Ver: 14.21