## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARK A SWIFT, | ) | Case No. 05-35255 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | **Hearing:  Thursday, May 28 2020** |
| | ) | **9:00 a.m.** |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, May 28, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne telephonically pursuant to the Court's Amended General Order No. 20-03 (a copy of which is on the Court's website, ilnb.uscourts.gov), or before any other judge who may be sitting in her place and stead, and present the attached **FINAL APPLICATION OF JENNER & BLOCK LLP, AS COUNSEL FOR THE TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 17, 2007 THROUGH JUNE 30, 2018**.  A party who objects to this motion must file a Notice of Objection no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment

Dated:  May 1, 2020

Respectfully submitted,

RONALD R. PETERSON, not individually
but as Chapter 7 Trustee for the bankruptcy
estate of Mark A. Swift

By:_____ */s/  Ronald R. Peterson*_____
Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, certify that on May 1, 2020, I caused a copy of the foregoing **FINAL APPLICATION OF JENNER & BLOCK LLP, AS COUNSEL FOR THE TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 17, 2007 THROUGH JUNE 30, 2018** to be served on each of the parties listed on the attached Service List by the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

*/s/ Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST
(05-35255)

### VIA ECF NOTIFICATION:

- Thomas M Britt    tmblawstf1@sbcglobal.net
- Joseph D Frank    jfrank@fgllp.com,
  jkleinman@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com;csmith@fgllp.com
- Sheryl A Fyock    sfyock@llflegal.com
- Fred R Harbecke    fredrharbecke@sbcglobal.net
- Michael Kelly    michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Larry S Lofgren    larryl@wlegal.com
- Lester A Ottenheimer, III    lottenheimer@olawgroup.com, nfishkin@olawgroup.com
- Francis J. Pendergast    fpendergast@crowleylamb.com,
  mfarhoud@crowleylamb.com;docket@crowleylamb.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Ronald R Peterson    rpeterson@jenner.com,
  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Alex Pirogovsky    alex@alexplaw.com, pirogovskyar67847@notify.bestcase.com
- Michael L Starzec    mike@collectalot.com
- Gregg Szilagyi    gs@tailserv.com

### VIA U.S. MAIL:

| | |
|---|---|
| American Express<br>Acct# 3713 828757 27003<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Travel Related Services<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Bank One<br>Three First National Plaza<br>70 West Madison 10th Floor<br>Chicago, IL 60670-0001 | CIB Marine Capital<br>101 North Wolf Road<br>Hillside, IL 60162-1634 |
| Chase Bank<br>Acct# 4388 5230 2209 6869<br>PO Box 94014<br>Palatine, IL 60094-4014 | CIB Marine Capital LLC<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603-1526 |
| Citibank<br>Citibank Customer Service<br>P O Box 6500<br>Sioux Falls, SD 57117-6500 | Cole Taylor Bank<br>9550 West Higgins Road<br>Rosemont, IL 60018-4906 |

| | |
|---|---|
| JP Morgan Chase Bank<br>719 Elm St.<br>Winnetka, IL 60093 | JPMorgan Chase Bank, N.A.<br>120 S. LaSalle Street<br>6th Floor<br>Chicago, IL 60603-3426 |
| Jolivette & Templer, PC<br>10 South LaSalle, Suite 1017<br>Chicago, IL 60603-1088 | MBNA America<br>Acct# 4264 2806 1577 5955<br>1000 Samoset Dr.<br>Wilmington, DE 19884-2332 |
| North Shore Community Bank<br>Acct# 03390002413-0000<br>7800 Lincoln Ave.<br>Skokie, IL 60077-3643 | Northbrook Group Holdings<br>Attn: Mark Steger<br>221 Wood Stock Ave.<br>Kenilworth, IL 60043-1233 |
| Northbrook Group Holdings<br>c/o Alex Pirogovsky, Esq.<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Oronova, Inc.<br>c/o Patrick Hart<br>1585 Ellinwood, #105<br>Des Plaines, IL 60016-4535 |
| Washington Mutual<br>PO Box 3139<br>Milwaukee, WI 53201-3139 | Mark A Swift<br>220 Melrose Ave.<br>Kenilworth, IL 60043-1251 |
| Thomas M Britt<br>Law Offices of Thomas M. Britt, P.C.<br>6825 W 171st St.<br>Tinley Park, IL 60477-3447 | Cole Taylor Bank<br>c/o Sheryl A. Fyock<br>Latimer LeVay Jurasek, LLC<br>55 West Monroe Street Suite 1100<br>Chicago, IL 60603-5128 |

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARK A SWIFT, | ) | Case No. 05-35255 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | **Hearing:  Thursday, May 28, 2020** |
| | ) | **9:00 a.m.** |

**FINAL APPLICATION OF JENNER & BLOCK LLP, AS COUNSEL FOR THE
TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OCTOBER 17, 2007 THROUGH JUNE 30, 2018**

JENNER & BLOCK LLP ("Jenner"), counsel to Ronald R. Peterson, the Chapter 7 Trustee

(the "Trustee") for the estate of Mark A. Swift (the "Debtor"), pursuant to 11 U.S.C. §§ 327 and

330 and the Order Authorizing The Trustee To Employ Counsel  (Doc. No. 65), hereby submits

this final fee application for approval and allowance of compensation in the amount of $20,556.50

for the reasonable and necessary legal services rendered to the Trustee and for reimbursement of

expenses incurred during the representation in the amount of $1,257.04 (the "Application") during

the period October 17, 2007 through June 30, 2018 (the "Compensation Period").  In support of

this Application, Jenner states as follows:

**INTRODUCTION**

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334.  This

matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (B).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 328 and 330 of

Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as

supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the

Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996, the Administrative Order and the Customer Adequate Protection Stipulation.

3.      The Debtor filed his voluntary petition for relief on September 2, 2005 (the "Petition Date"). On October 17, 2005, the Trustee interviewed the Debtor under oath at a section 341 meeting of the creditors. The Debtor told the trustee under oath that he had a multi-million claim against Jamie Planck Martin, E.B. Martin, Jr., H.A. Holdings, Inc., H.A. Acquisitions, LLC; health Alliance LLC and EBM Ventures, LLC (Collectively the "Defendants").  Such claim was pending in the U.S. District Court for the Northern District of Illinois.

4.      The Debtor and other investors formed Health Alliance in the late 1990's to deliver low cost prescription pharmaceuticals and other medical supplies to state Medicaid and federal Medicare beneficiaries and other parties.

5.      In November 2004 the debtor permitted the Defendants to transfer assets of Health Alliance and its parent, HA Holding to entities controlled by the defendants.

6.      As part of this transaction, the Debtor was supposed to receive a release and $2.5 million.  The Debtor claimed that the defendants breached their agreement and he never received his $2.5 million or the release.

7.      The Debtor told a compelling story and the trustee felt obligated to retain counsel and conduct an investigation.  As part of this investigation the trustee met with the Debtor for two hours at his home on Sunday afternoon.  The trustee interviewed third party witnesses and reviewed thousands of pages of documents.  In addition, the trustee retained Jenner litigator, David Sanders, to draft and prosecute a complaint.

2

8.    On September 2, 2007, the trustee filed adversary 07-00853 to void certain transfers of the debtor's assets to the defendants.

9.    On October 24, 200787, this court authorized the Trustee to retain Jenner.

10.    As the litigation progressed the Jenner became troubled by several developments. First, there was a break in the Debtor's story where he could not explain why he permitted certain transactions which cost him his company.  Second, the documents and third party witnesses did could not support the debtor's story.  Third, Jenner became concerned that the Debtor would not be a credible witness.

11.    As a consequence of these concerns the trustee entered into a court approved compromise to settle the adversary proceeding for $25,000.00 on July 17, 2008.

12.    The trustees suspicions about the debtor were later confirmed when the in the case of *DeliverMed Holdings, lLC v. Schaltenbrand* 734 F.3d 616 (2013).  This case involved a similar business to the one involving the Debtor in the Trustee's case.  Again, the Debtor complained that his partners in the pharmaceutical business cheated him. Again, there were holes in the Debtor's story.  The U.S. District Court conducted a fourteen day bench trial.  The District Court found the Debtor had made knowing material misrepresentations in DeliverMed's registration application to the copyright office.  The District Court went on to find that there were serious questions regarding the credibility in all areas of the Debtor's testimony.  Thus, Jenner's subjective conclusions that the debtor would not make a credible witness were supported by the District Court in a similar case involving the same debtor.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

13.    Jenner submits this Application seeking approval and allowance of final compensation in the amount of and reimbursement of expenses in the amount of $23,620.00

3

14.     The fees sought by this Application reflect an aggregate of hours of attorneys and paraprofessionals' time spent and recorded in performing services for the Trustee during the Compensation Period.

15.     During the Compensation Period, Jenner's hourly billing rates for attorneys and paraprofessionals working on these matters ranged from $260.00 to $750.00 per hour.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. In conducting this investigation, Jenner incurred almost $69,000.00 in fees. However, Jenner felt that the continuation of questionable merit, would be a worse result.

16.     Attached hereto as Exhibit A is a detailed description of the services performed during the Compensation Period and a statement of the number of hours spent.

17.     Attached as Exhibit B is a schedule setting forth all Jenner professionals and paraprofessionals who have performed services in this chapter 7 case during the Compensation Period, the hourly billing rate charged for services performed by each individual, the aggregate number of hours expended in this matter and fees billed.

18.     Attached as Exhibit C is a detailed list of all expenses for which Jenner seeks reimbursement.

19.     The fees charged by Jenner in this case are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period.  The rates Jenner charges for the services rendered by its professionals and paraprofessionals in this chapter 7 case are the rates charged by the firm

4

for professional and paraprofessional services rendered in comparable non-bankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

20.     All of the services for which compensation is sought were rendered to the Trustee solely in connection with this case in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

21.     Jenner has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

22.     Jenner has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by Jenner or any member thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

23.     The Trustee has reviewed and approved Jenner's monthly fee statements prior to the filing of this Application.  In discharge of his ethical duties, the Trustee has review the fee application and made reductions from the fee statements before submitting them to this court.

WHEREFORE, Jenner respectfully requests that this Court authorize payment of compensation for the professional services rendered to the Trustee in the amount of $20,556.50 and reimbursement of expenses incurred during the Compensation Period in the amount of $1,257.04, and grant such other relief as the Court deems just and equitable.

Dated:  May 1, 2020

Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of Mark A. Swift

By:  */s/ Ronald R. Peterson*
　　　　One of his attorneys

Ronald R. Peterson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381
Email:   rpeterson@jenner.com

2974850.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    )    Chapter 7
                                          )
MARK A SWIFT,                             )    Case No. 05-35255
                                          )
                        Debtor.           )    Hon. Deborah L. Thorne


## <u>DECLARATION OF RONALD R. PETERSON</u>

I, Ronald R. Peterson, pursuant to 28 U.S.C. § 1746, do declare as follows:

1.      I am a Partner in the law firm of Jenner & Block LLP ("<u>Jenner</u>"), which serves as bankruptcy counsel to the Trustee in the above-captioned chapter 7 case.

2.      I have read the foregoing Application of Jenner for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Jenner and any other party for a division of compensation as counsel to the Trustee.

4.      No division prohibited by the Bankruptcy Code will be made by Jenner.

5.      No agreement prohibited by Title 18, Section 155, has been made.

6.      I declare under penalty of perjury that the foregoing is true and correct.


                                        _____*/s/ Ronald R. Peterson*_____
                                                  Ronald R. Peterson

Executed this 1ˢᵗ day of May 2020.


2974850.1

# JENNER & BLOCK LLP

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:            37044

U.S. TRUSTEE - NO ASSET                                    MARCH 27, 2020
C/O RONALD R. PETERSON, TRUSTEE                   INVOICE #  9515667
JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                        $ 66,914.00
THROUGH JANUARY 31, 2020:

DISBURSEMENTS                                                $ 1,257.04

                              TOTAL INVOICE          $ 68,171.04

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

U.S. TRUSTEE - NO ASSET
C/O RONALD R. PETERSON, TRUSTEE
JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  37044

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2020:

**MARK A. SWIFT**                                                                    **MATTER NUMBER - 10608**

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 9/14/05 | RRP | .80 | Reviewed M. Swift case with E. Kalisz and conducted preliminary review. | 468.00 |
| 9/14/05 | EAKX | .30 | Office conference with R. Peterson re M. Swift case and valuation of real estate. | 64.50 |
| 9/14/05 | EAKX | .20 | Office conference with L. Yap re valuation documents. | 43.00 |
| 9/15/05 | NHBX | .50 | Reviewed search request; researched re real estate tax number; telephone conference re ordering title search of 220 Melrose, Kenilworth, IL; sent email re same; telephone conference re obtaining a copy of the deed to 220 Melrose, Kenilworth, IL; sent email re same; followed up with L. Yap re same. | 95.00 |
| 9/16/05 | LTYX | .60 | Worked on setting up case database. | 126.00 |
| 9/20/05 | LTYX | .30 | Reviewed tract book search and conferred with E. Kalisz re same. | 63.00 |
| 10/26/05 | EAKX | .80 | Telephone conference with M. Swift's attorney re Section 341 meeting and deposition; completed Emmons lis pendens filing. | 172.00 |
| 10/31/05 | EAKX | .10 | Office conference with R. Peterson re interested party re M. Swift's 341 meeting and deposition. | 21.50 |
| 11/01/05 | EAKX | .60 | Drafted letter to M. Swift's service list noticing Section 341 meeting and deposition; office conference with R. Peterson re date of service of citation. | 129.00 |
| 11/02/05 | EAKX | .10 | Proofread letter re M. Swift's 341 meeting and deposition. | 21.50 |

**LAW OFFICES**
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/07/05 | RRP | .10 | Telephone conference with attorney for garnishment creditor re M. Swift 10/10/05 hearing and Rule 2004 examination. | 58.50 |
| 11/07/05 | RRP | .10 | Reviewed letter to parties setting up hearing on Rule 2004 examination of M. Swift. | 58.50 |
| 11/08/05 | EAKX | .10 | Telephone conference with G. Szilagy re M. Swift section 341 meeting. | 21.50 |
| 11/14/05 | EAKX | .60 | Contacted M. Swift's counsel and wrote letter to same re documents needed at Section 341 meeting. | 129.00 |
| 11/16/05 | EAKX | .20 | Telephone conference with T. Britt re M. Swift's deposition; telephone conference with real estate broker for Harris re her retention. | 43.00 |
| 11/17/05 | RRP | 2.80 | Prepared for and conducted deposition of M. Swift. | 1,638.00 |
| 11/17/05 | EAKX | .20 | Called M. Swift's counsel re question re deposition and Section 341 meeting; set up conference room and court reporter and client-file number. | 43.00 |
| 12/06/05 | LTYX | .60 | Worked on setting up case database. | 126.00 |
| 1/03/06 | EAKX | .10 | Corresponded with R. Peterson re motion to extend time to file objections. | 23.00 |
| 1/09/06 | EAKX | .50 | Investigated motion to compel received for state court action against M. Swift. | 115.00 |
| 1/17/06 | LTYX | .30 | Worked on interim reports. | 67.50 |
| 1/28/06 | LTYX | .30 | Reviewed and updated interim reports. | 67.50 |
| 3/06/06 | LTYX | .10 | Reviewed documents and correspondence. | 22.50 |
| 3/24/06 | RRP | .50 | Telephone conference with attorney for Chase Manhattan re sale of property. | 297.50 |
| 3/29/06 | LTYX | .20 | Reviewed documents and updated file. | 45.00 |
| 4/26/06 | LTYX | .40 | Worked on preparation re U.S. Trustee audit. | 90.00 |
| 7/10/06 | LTYX | .20 | Reviewed documents and correspondence; updated file and reviewed case docket. | 45.00 |
| 11/03/06 | LTYX | .20 | Reviewed docket, documents and correspondence. | 45.00 |

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/31/07 | LTYX | .30 | Worked on interim reports and met with R. Peterson re same. | 70.50 |
| 7/12/07 | RRP | .30 | Telephone conference with J. McGurk and office conference with D. Sanders re case. | 195.00 |
| 7/12/07 | DPS | .80 | Met with R. Peterson re litigation analysis of complaint and Trustee strategy; began review of complaint. | 420.00 |
| 7/16/07 | DPS | .30 | Reviewed complaint. | 157.50 |
| 7/17/07 | DPS | .30 | Analyzed claims in complaint. | 157.50 |
| 7/18/07 | RRP | 1.50 | Met with J. McGurk re lawsuit against Martins and CIB. | 975.00 |
| 7/18/07 | DPS | 1.50 | Met with M. Swift counsel re assessment of claims. | 787.50 |
| 8/27/07 | RRP | .10 | Telephone conference with J. McGurk re meeting. | 65.00 |
| 8/29/07 | RRP | 1.30 | Met with M. Swift and three of his lawyers. | 845.00 |
| 8/29/07 | DPS | 1.50 | Prepared for and attended meeting with M. Swift and counsel; participated in an office conference with R. Peterson re follow-up. | 787.50 |
| 8/31/07 | RRP | .50 | Worked on drafting complaint. | 325.00 |
| 8/31/07 | DPS | .30 | Participated in a telephone call with J. McGurk re adversary. | 157.50 |
| 8/31/07 | ASNX | .60 | Assisted M. Kelly with M. Swift complaint. | 195.00 |
| 8/31/07 | ASNX | .40 | Assisted M. Kelly with M. Swift complaint. | 130.00 |
| 8/31/07 | MJKX | 3.00 | Revised adversary complaint. | 825.00 |
| 9/01/07 | RRP | .30 | Reviewed and revised complaint; telephone conference with M. Kelly re same. | 195.00 |
| 9/01/07 | MJKX | 5.00 | Revised adversary complaint. | 1,375.00 |
| 9/02/07 | RRP | .20 | Telephone conference with M. Kelly re revisions to complaint. | 130.00 |
| 9/02/07 | MJKX | 3.50 | Revised adversary complaint; filed same. | 962.50 |
| 9/04/07 | MHMX | .30 | Reviewed adversary complaint filed and arranged for payment of fees. | 70.50 |

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/04/07 | MHMX | .20 | Telephone conference with bankruptcy court re filing issues of adversary complaint. | 47.00 |
| 9/04/07 | MJKX | .20 | Conference with M. Matlock re fixing errors in filing of M. Swift adversary complaint. | 55.00 |
| 9/05/07 | MHMX | 1.10 | Researched service issues for adversary complaint defendants. | 258.50 |
| 9/06/07 | MHMX | .60 | Worked on service of summons and complaints and filed returns of service. | 141.00 |
| 9/10/07 | RRP | .20 | Telephone conference with J. McGurk re status of lawsuit. | 130.00 |
| 9/10/07 | MHMX | .40 | Worked on correcting filing deficiencies. | 94.00 |
| 9/10/07 | MJKX | 1.00 | Worked on motion to retain M. Kelly and D. Sanders. | 275.00 |
| 9/11/07 | MJKX | 1.30 | Revised motions to retain M. Kelly and D. Sanders; conference with R. Peterson and M. Matlock re issuance of summons. | 357.50 |
| 9/13/07 | MJKX | .30 | Reviewed conflicts check. | 82.50 |
| 9/14/07 | RRP | .20 | Telephone conference with D. Sanders re J. McGurk's complaint. | 130.00 |
| 9/14/07 | DPS | 1.30 | Reviewed draft amended complaint and participated in telephone calls with J. McGurk re claims. | 682.50 |
| 9/14/07 | MJKX | .30 | Researched re affidavit of disinterestedness for motion to retain Trustee's attorneys. | 82.50 |
| 9/17/07 | DPS | .30 | Participated in a telephone call with counsel re revisions to complaint. | 157.50 |
| 9/17/07 | MJKX | .40 | Met with M. Matlock re service of complaint. | 110.00 |
| 9/18/07 | DPS | 1.30 | Reviewed and revised draft complaint and participated in telephone calls with J. McGurk re same. | 682.50 |
| 9/18/07 | MHMX | .60 | Researched corporate agent status for HA Holdings  Inc. | 141.00 |
| 9/18/07 | MJKX | .20 | Sent copy of adversary proceeding complaint to J. McGurk. | 55.00 |
| 9/19/07 | DPS | .20 | Reviewed and amended complaint as filed. | 105.00 |
| 10/10/07 | MJKX | .40 | Revised motion to retain M. Swift. | 110.00 |

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/17/07 | RRP | 1.00 | Attended meeting with J. McGurk re strategy. | 650.00 |
| 10/17/07 | MHMX | 1.10 | Reviewed docket and schedules and prepared service list for motion to employ. | 258.50 |
| 10/17/07 | MJKX | 1.40 | Filed motion to retain Jenner & Block; attended hearing on the status of the adversary proceeding. | 385.00 |
| 10/18/07 | MHMX | 1.10 | Prepared and served amended notice of motion re motion to employ. | 258.50 |
| 10/24/07 | MJKX | 1.00 | Attended hearing on motion to retain Jenner & Block as Trustee's counsel. | 275.00 |
| 10/26/07 | MJKX | 1.50 | Drafted motion to abandon claim of CIB Marine Bank. | 412.50 |
| 10/29/07 | RRP | .20 | Reviewed motion to abandon and office conference with M. Kelly re same. | 130.00 |
| 10/30/07 | LTYX | 1.30 | Reviewed and updated motion to abandon estate property; prepared notice of routine motion and certificate of service; readied same for ECF filing; e-filed same.` | 305.50 |
| 10/31/07 | RRP | .10 | Telephone conference with F. Holbeck re motion to abandon. | 65.00 |
| 11/09/07 | RRP | .10 | Telephone conference with J. Frank re meeting. | 65.00 |
| 11/12/07 | RRP | .30 | Office conference with D. Sanders re retention agreement. | 195.00 |
| 11/12/07 | RRP | .10 | Telephone conference with J. McGurk re counteroffer. | 65.00 |
| 11/12/07 | DPS | .20 | Reviewed draft engagement agreement with special litigation counsel; participated in an office conference with R. Peterson re same and bank settlement overture. | 105.00 |
| 11/12/07 | MJKX | .50 | Conference with R. Peterson re case status and motion to abandon claim. | 137.50 |
| 11/13/07 | RRP | .10 | Telephone conference with J. McGurk re settlement offer from CIB. | 65.00 |
| 11/13/07 | MJKX | 1.00 | Attended status hearing. | 275.00 |
| 11/20/07 | RRP | 1.00 | Attended court re motion to abandon. | 650.00 |
| 11/21/07 | RRP | .90 | Attended hearing before Judge Wedoff re compromise. | 585.00 |

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 11/21/07 | MJKX | 1.00 | Conference with R. Peterson re hearing (.5); drafted agreed order to sell claim to M. Swift (.5). | 275.00 |
|---|---|---|---|---|
| 11/26/07 | MJKX | .20 | Drafted cover letter for agreed order. | 55.00 |
| 11/27/07 | MJKX | .20 | Drafted letter to chambers re accompanying signed agreed order and sent both to Judge's chambers. | 55.00 |
| 11/29/07 | MJKX | .30 | Replied to J. McGurk voice mail re status of agreed order to sell CIB claims to M. Swift. | 82.50 |
| 11/30/07 | RRP | .20 | Drafted letter to J. McGurk re turnover of funds. | 130.00 |
| 12/05/07 | MJKX | .20 | Telephone call with J. McGurk re payment for CIB claims. | 55.00 |
| 12/07/07 | RRP | .10 | Deposited $15K check. | 65.00 |
| 1/17/08 | RRP | .60 | Drafted letter to J. McGurk and letter to J. Frank re settlement of dispute with Pallas. | 450.00 |
| 1/25/08 | RRP | 1.40 | Office conference with Mr. Pallas and his attorney. | 1,050.00 |
| 2/08/08 | RRP | .90 | Drafted reply to J. McGurk's letter. | 675.00 |
| 2/12/08 | RRP | .40 | Attended status conference before Judge Wedoff. | 300.00 |
| 2/19/08 | RRP | .10 | Telephone conference with J. Lynch re meeting with J. McGurk. | 75.00 |
| 2/19/08 | RRP | 1.50 | Met with J. McGurk and M. Swift re status of case. | 1,125.00 |
| 2/19/08 | RRP | 1.00 | Office conference with D. Sanders re prosecution of M. Swift case. | 750.00 |
| 2/20/08 | RRP | 1.00 | Telephone conference with M. Swift re support. | 750.00 |
| 2/21/08 | RRP | .10 | Telephone conference with J. Lynch re results of discovery. | 75.00 |
| 2/21/08 | RRP | .10 | Reviewed data from M. Swift. | 75.00 |
| 2/21/08 | RRP | .10 | Telephone conference with J. Frank re setting up meeting with Martins. | 75.00 |
| 2/26/08 | RRP | .20 | Telephone conference with J. McGurk re meeting in Chicago with Martins. | 150.00 |
| 2/27/08 | RRP | .80 | Reviewed memorandum from J. McGurk, both Rule 12(b)(6) motions and amended complaint. | 600.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 2/28/08 | RRP | 1.00 | Prepared for meeting. | 750.00 |
|---------|-----|------|-----------------------|--------|
| 2/28/08 | RRP | 1.50 | Met with representatives of Martin family in mediation. | 1,125.00 |
| 2/28/08 | RRP | 1.50 | Telephone conferences with J. McGurk and office conference with J. McGurk re conclusions of meeting. | 1,125.00 |
| 2/29/08 | RRP | 1.80 | Office conference with M. Swift, J. McGurk and D. Sanders re litigation strategy. | 1,350.00 |
| 2/29/08 | DPS | 1.50 | Prepared for and attended client strategy meeting. | 862.50 |
| 3/06/08 | RRP | .20 | Telephone conference with D. Sanders re representing M. Swift. | 150.00 |
| 3/06/08 | DPS | .30 | Participated in telephone calls with M. Swift re draft amended complaint. | 172.50 |
| 3/13/08 | DPS | .50 | Participated in a telephone call with J. McGurk re amended complaint; reviewed chart. | 287.50 |
| 3/14/08 | DPS | 1.00 | Reviewed draft complaint; participated in a telephone call with J. McGurk re same. | 575.00 |
| 3/17/08 | RRP | 1.10 | Attended meeting with J. McGurk re new complaint. | 825.00 |
| 3/17/08 | DPS | 2.30 | Prepared for and attended meeting with counsel re amended complaint and pleading issues. | 1,322.50 |
| 3/24/08 | RRP | .20 | Telephone conference with J. McGurk re decision of Court of Appeals in marchFirst case. | 150.00 |
| 4/10/08 | RRP | .10 | Telephone conference with J. McGurk re status. | 75.00 |
| 4/10/08 | RRP | .10 | Telephone conference with S. Rohter re settlement offer. | 75.00 |
| 4/11/08 | RRP | .10 | Telephone conference with J. Frank re compromise. | 75.00 |
| 4/13/08 | RRP | 2.00 | Office conference with M. Swift, J. McGurk and partner re strategy. | 1,500.00 |
| 4/15/08 | MJKX | 1.20 | Conference with R. Peterson re hearing; attended status hearing. | 420.00 |
| 4/17/08 | RRP | .10 | Telephone conference with D. Sanders re amended complaint. | 75.00 |
| 4/17/08 | DPS | 1.00 | Reviewed draft complaint (.3); participated in an office conference with R. Peterson re strategy (.7). | 575.00 |

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/18/08 | RRP | .40 | Telephone conferences with D. Sanders re problems with current draft. | 300.00 |
|---|---|---|---|---|
| 4/18/08 | RRP | .10 | Telephone conference with J. McGurk re problems with draft. | 75.00 |
| 4/18/08 | RRP | .10 | Telephone conference with S. Rohter re sale of claim. | 75.00 |
| 4/18/08 | DPS | 1.00 | Participated in telephone calls with J. McGurk and R. Peterson re analysis and next step. | 575.00 |
| 4/19/08 | RRP | .10 | Telephone conference with J. McGurk re meeting. | 75.00 |
| 4/21/08 | DPS | .80 | Participated in telephone calls with J. McGurk and participated in an office conference with R. Peterson re strategy. | 460.00 |
| 4/21/08 | MJKX | 2.10 | Prepared motion to sell causes of action to Health Alliance, etc. | 735.00 |
| 4/22/08 | RRP | .20 | Reviewed and revised Rule 9019 motion. | 150.00 |
| 4/22/08 | RRP | .10 | Telephone conference with M. Fuscinato re input from creditors re settlement. | 75.00 |
| 4/22/08 | MJKX | 1.20 | Revised motion to sell cause of action. | 420.00 |
| 4/23/08 | MJKX | .70 | Sent email to counsel for Health Alliance re proposed terms of sale motion for causes of action; revised sale order to conform with R. Peterson's comments. | 245.00 |
| 4/24/08 | RRP | .20 | Reviewed judgment order with M. Kelly. | 150.00 |
| 4/24/08 | MJKX | .10 | Telephone conference with J. Kleiman re expectations for motion to sell causes of action to Health Alliance affiliates. | 35.00 |
| 4/28/08 | MJKX | .50 | Revised sale motion and sent same to J. Kleiman for review. | 175.00 |
| 4/29/08 | MJKX | .30 | Conference with J. Kleiman re revisions to motion and order to sell causes of action. | 105.00 |
| 4/30/08 | MJKX | .20 | Sent executed broker agreement to M. Rousseau. | 70.00 |
| 4/30/08 | MJKX | .80 | Revised motion and order to incorporate purchaser's comments. | 280.00 |
| 5/01/08 | MJKX | .30 | Revised sale motion; sent email to J. Kleiman. | 105.00 |

**LAW OFFICES**
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 5/05/08 | DPS | .30 | Participated in an office conference with R. Peterson re status and strategy. | 172.50 |
| 5/05/08 | MJKX | .20 | Conference with J. Kleiman re sale of cause of action motion. | 70.00 |
| 5/06/08 | MHMX | .40 | Drafted notice of motion and certificate of service for motion to compromise. | 104.00 |
| 5/06/08 | MHMX | .30 | Prepared service and filing versions of motion to approve compromise and filed same with court. | 78.00 |
| 5/06/08 | MJKX | .40 | Filed motion to sell cause of action. | 140.00 |
| 5/07/08 | RRP | .10 | Telephone conference with J. McGurk re amended pleading. | 75.00 |
| 5/07/08 | RRP | .10 | Telephone conference with D. Sanders re J. McGurk's latest amended complaint. | 75.00 |
| 5/07/08 | MHMX | .60 | Drafted, reviewed and filed amended notice of motion to approve compromise and sale. | 156.00 |
| 5/08/08 | DPS | .80 | Reviewed draft complaint. | 460.00 |
| 5/12/08 | RRP | .10 | Telephone conference with D. Sanders re complaint. | 75.00 |
| 5/12/08 | RRP | .10 | Telephone conference with J. McGurk re meeting re complaint. | 75.00 |
| 5/13/08 | RRP | 1.50 | Attended meeting with M. Swift re workout. | 1,125.00 |
| 5/13/08 | RRP | .10 | Telephone conference with D. Sanders re complaint. | 75.00 |
| 5/13/08 | RRP | .10 | Telephone conference with J. McGurk re supporting material. | 75.00 |
| 5/13/08 | DPS | 2.30 | Prepared for and attended meeting with counsel re litigation claims. | 1,322.50 |
| 5/14/08 | RRP | .10 | Office conference with D. Sanders re results of meeting. | 75.00 |
| 5/16/08 | RRP | .10 | Telephone conference with re S. Rohter re status. | 75.00 |
| 5/16/08 | RRP | .10 | Telephone conference with D. Sanders re status. | 75.00 |
| 5/16/08 | RRP | .10 | Telephone conference with J. McGurk re status. | 75.00 |
| 5/27/08 | RRP | .80 | Telephone conference with S. Rohter re his side of the story. | 600.00 |

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 5/27/08 | RRP | .20 | Telephone conference with J. McGurk re memorandum and hearing. | 150.00 |
|---------|-----|-----|------------------------------------------------------------------|--------|
| 5/27/08 | RRP | .10 | Telephone conference with D. Sanders re hearing and amended complaint. | 75.00 |
| 5/27/08 | DPS | .50 | Reviewed revised draft complaint. | 287.50 |
| 5/27/08 | MJKX | .40 | Reviewed release of HA Alliance, et al.; conference with R. Peterson re hearing and status of agreement to sell claims. | 140.00 |
| 5/28/08 | RRP | .10 | Telephone conferences with J. McGurk re demands for information and hearing. | 75.00 |
| 5/28/08 | RRP | .10 | Telephone conference with D. Sanders re status. | 75.00 |
| 5/28/08 | DPS | .30 | Telephone conference with J. McGurk re revised complaint; office conference with R. Peterson re strategy. | 172.50 |
| 5/28/08 | MJKX | 1.20 | Prepared for and attended hearing on motion to authorize sale; conference with R. Peterson re hearing; contacted court re continuing hearing. | 420.00 |
| 5/29/08 | MJKX | .20 | Conference with R. Peterson re hearing; sent email to J. Kleiman. | 70.00 |
| 6/02/08 | RRP | .10 | Telephone conference with J. Frank re hearing. | 75.00 |
| 6/02/08 | RRP | .10 | Telephone conference with J. McGurk re information. | 75.00 |
| 6/03/08 | RRP | .10 | Telephone conference with D. Sanders re status. | 75.00 |
| 6/03/08 | RRP | .10 | Telephone conference with J. McGurk re requests for additional material. | 75.00 |
| 6/04/08 | RRP | .50 | Reviewed materials from J. McGurk. | 375.00 |
| 6/04/08 | DPS | .20 | Participated in an office conference with R. Peterson re assessment of claim and strategy. | 115.00 |
| 6/05/08 | RRP | 1.50 | Met with J. McGurk and M. Swift re revisiting motion to sell. | 1,125.00 |
| 6/12/08 | RRP | .10 | Telephone conference with J. McGurk re termination of litigation. | 75.00 |
| 6/13/08 | RRP | .80 | Office conference with M. Swift re turnover of documents. | 600.00 |

**JENNER & BLOCK LLP**

LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/13/08 | MJKX | .20 | Conference with J. Kleiman re form of release and payment instructions. | 70.00 |
| 6/16/08 | MJKX | .50 | Conference with R. Peterson re release; conference re adversary status hearing. | 175.00 |
| 6/17/08 | RRP | .60 | Reviewed and revised settlement agreement. | 450.00 |
| 6/17/08 | MJKX | 1.00 | Attended status hearing on HA Alliance adversary. | 350.00 |
| 6/18/08 | MJKX | 1.20 | Revised release; sent email to R. Peterson re same. | 420.00 |
| 6/20/08 | MJKX | .50 | Conference with R. Peterson re release; conference with J. Kleiman re same. | 175.00 |
| 6/23/08 | RRP | .40 | Reviewed release and discussed same with M. Kelly. | 300.00 |
| 6/23/08 | RRP | .10 | Telephone conference with J. McGurk re matters re suit. | 75.00 |
| 6/23/08 | MJKX | .70 | Revised settlement agreement. | 245.00 |
| 6/24/08 | RRP | .70 | Sent wiring instructions to S. Rohter; reviewed settlement agreement; telephone conference with J. Kleiman re settlement agreement. | 525.00 |
| 6/26/08 | MJKX | .20 | Reviewed revised settlement. | 70.00 |
| 6/30/08 | RRP | .30 | Reviewed settlement agreement. | 225.00 |
| 7/02/08 | MJKX | .20 | Conference with R. Peterson re release. | 70.00 |
| 7/03/08 | MJKX | .10 | Participated in status conference with R. Peterson | 35.00 |
| 7/10/08 | RRP | .10 | Executed and returned settlement agreement. | 75.00 |
| 7/14/08 | MJKX | .20 | Conference with J. Kleiman re notice of dismissal for adversary proceeding. | 70.00 |
| 7/15/08 | LTYX | .20 | Reviewed and readied notice of dismissal for ECF filing; e-filed same. | 52.00 |
| 7/15/08 | MJKX | .50 | Drafted and filed notice of dismissal. | 175.00 |
| 10/06/08 | MXP | .10 | Worked on reviewing index and case files for M. Swift files for R. Peterson. | 16.00 |
| 10/06/08 | MXP | .20 | Worked on reviewing index and case files for M. Swift files for R. Peterson. | 32.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/07/08 | RRP | .50 | Office conference with M. Patterson and J. Morgan re transition. | 375.00 |
| 11/03/08 | AMA | 1.40 | Drafted claim objection for CIB Claim (.7) and JPMorgan Claim (.7). | 455.00 |
| 11/04/08 | AMA | .60 | Revised CIB Claim Objection (.3); revised JPMorgan Claim Objection (.3). | 195.00 |
| 11/20/08 | AMA | .60 | Revised Swift claim objections re CIB and JPMorgan (.4); prepared for filing (.2). | 195.00 |
| 11/21/08 | MHMX | .80 | Reviewed, revised and proofread objections to claims of CIB and JPMorgan. | 208.00 |
| 11/21/08 | MHMX | .60 | Finalized, filed and served objections to claims of CIB and JP Morgan. | 156.00 |
| 12/18/08 | AMA | 1.40 | Office conference with R. Peterson re claim objections (.2); drafted amended claim objections (1.2). | 455.00 |
| 12/19/08 | MHMX | .60 | Revised and proofread amended objections to claims of JP Morgan and CIB Marine Capital. | 156.00 |
| 12/19/08 | MHMX | .40 | Filed and served amended objections to claims of CIB Capital and JP Morgan. | 104.00 |
| 12/19/08 | MJKX | .20 | Revised objections to claims. | 70.00 |
| 12/19/08 | AMA | 1.00 | Conference with M. Kelly re amended claim objections (.2); revised same (.6); prepared same for filing (.2). | 325.00 |
| 12/30/08 | AMA | 1.00 | Prepared for and attended court re amended claim objections. | 325.00 |
| 2/26/09 | LSR | .70 | Attended motion to dismiss adversary proceeding. | 227.50 |
| 2/26/09 | LSR | .40 | Attended motion to dismiss adversary proceeding. | 130.00 |
| 4/16/10 | MJKX | .60 | Conference with J. McGurk re why his client's lawsuit is not estate property. | 270.00 |
| 4/21/10 | MJKX | .20 | Conference with J. McGurk re whether his lawsuit is estate property. | 90.00 |
| 6/11/10 | MJKX | .20 | Conference with J. McGurk re prepetition property not disclosed to Trustee. | 90.00 |
| 6/21/10 | MJKX | .20 | Sent email demand to J. McGurk re back pay. | 90.00 |

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/25/10 | MJKX | .50 | Conference with J. McGurk re demand for prepetition back wages; conference with R. Peterson re same. | 225.00 |
| 7/16/10 | MJKX | .20 | Conference with R. Peterson re J. McGurk settlement. | 90.00 |
| 5/04/12 | MJKX | .30 | Conference with J. McGurk re settlement. | 165.00 |
| 10/31/12 | MJKX | .40 | Conferences with J. McGurk and R. Peterson re Swift settlement offer. | 220.00 |
| 11/02/12 | MJKX | .30 | Communicated with J. McGurk and R. Peterson re possible settlement of Medicate claim. | 165.00 |
| 2/14/13 | JNKX | 1.20 | Conferred with R. Peterson and M. Oberman re review of Swift files in Trustee's possession. | 432.00 |
| 6/18/15 | JDV | .20 | Reviewed claims register. | 76.00 |
| 7/07/15 | MXP | .90 | Reviewed case files for A. Pallas tax returns at R. Peterson's request. | 184.50 |
| 7/13/15 | JDV | .30 | Discussed case with R. Peterson. | 114.00 |
| 7/16/15 | JDV | 1.20 | Drafted fee application. | 456.00 |
| 7/21/15 | JDV | .70 | Met with R. Peterson to discuss fee application (0.2); revised fee application (0.3); discussed next steps for closing case with L. Huff (0.2). | 266.00 |
| 7/23/15 | JDV | .60 | Reviewed supporting documents for duplicate claims and drafted stipulation to remove duplicate claims from registry. | 228.00 |
| 7/30/18 | MXP | 1.30 | Prepared draft exhibits for Jenner's fee application. | 286.00 |
| 7/31/18 | TDH | .50 | Finalized order and ECF file motion. | 185.00 |
| 11/05/18 | MXP | .90 | Created service list and mailing labels for Jenner & Block's final fee application. | 198.00 |
| 1/30/20 | RRP | .50 | Worked on M. Swift fee application. | 612.50 |
| 3/03/20 | RRP | 2.00 | Worked on fee application and final report; telephone conference with Danil re fee application. | 2,450.00 |
| | | 140.90 | PROFESSIONAL SERVICES | $ 66,914.00 |

EXHIBIT A

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF MARK A. SWIFT**

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| RONALD R. PETERSON | 2.50 | 1,225.00 | 3,062.50 |
| RONALD R. PETERSON | 28.90 | 750.00 | 21,675.00 |
| RONALD R. PETERSON | 8.70 | 650.00 | 5,655.00 |
| RONALD R. PETERSON | .50 | 595.00 | 297.50 |
| RONALD R. PETERSON | 3.80 | 585.00 | 2,223.00 |
| DAVID P. SANDERS | 12.80 | 575.00 | 7,360.00 |
| MICHAEL J. KELLY | 1.00 | 550.00 | 550.00 |
| DAVID P. SANDERS | 8.00 | 525.00 | 4,200.00 |
| MICHAEL J. KELLY | 1.90 | 450.00 | 855.00 |
| JOHN D. VANDEVENTER | 3.00 | 380.00 | 1,140.00 |
| TOI D. HOOKER | .50 | 370.00 | 185.00 |
| JASON N. KNAPP | 1.20 | 360.00 | 432.00 |
| MICHAEL J. KELLY | 15.30 | 350.00 | 5,355.00 |
| ANGELA M. ALLEN | 6.00 | 325.00 | 1,950.00 |
| ANDREW S. NICOLL | 1.00 | 325.00 | 325.00 |
| LANDON S. RAIFORD | 1.10 | 325.00 | 357.50 |
| MICHAEL J. KELLY | 22.90 | 275.00 | 6,297.50 |
| MICHAEL H. MATLOCK | 3.70 | 260.00 | 962.00 |
| LOWELL T. YAP | .20 | 260.00 | 52.00 |
| MICHAEL H. MATLOCK | 5.40 | 235.00 | 1,269.00 |
| LOWELL T. YAP | 1.60 | 235.00 | 376.00 |
| ELIZABETH A. KALISZ | .60 | 230.00 | 138.00 |
| LOWELL T. YAP | 1.70 | 225.00 | 382.50 |
| MARC A. PATTERSON | 2.20 | 220.00 | 484.00 |
| ELIZABETH A. KALISZ | 3.20 | 215.00 | 688.00 |
| LOWELL T. YAP | 1.50 | 210.00 | 315.00 |
| MARC A. PATTERSON | .90 | 205.00 | 184.50 |
| NEIL H. BERGER | .50 | 190.00 | 95.00 |
| MARC A. PATTERSON | .30 | 160.00 | 48.00 |
| TOTAL | 140.90 | | $ 66,914.00 |

# EXHIBIT B

| Date | Description | Amount |
|------|-------------|-------:|
| 11/28/05 | Court Reporter Charge - Deposition of Mark A. Swift - 11/17/05 | 388.05 |
| 1/06/06 | Pacer Service Center Charges | .08 |
| 9/04/07 | Adversary Case Filing Fee - 9/04/07 | 250.00 |
| 9/06/07 | Printing Expense | 10.89 |
| 9/10/07 | Photocopy Expense | 3.30 |
| 9/13/07 | Postage Expense | 4.52 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---|
| 9/13/07 | Printing Expense | 5.94 |
| 9/30/07 | Lexis Research | 380.84 |
| 10/04/07 | Pacer Service Center Charges - 10/04/07 | .32 |
| 10/04/07 | Pacer Service Center Charges - 10/04/07 | .32 |
| 10/18/07 | Postage Expense | 11.07 |
| 10/18/07 | Printing Expense | 13.20 |
| 10/30/07 | Postage Expense | 26.19 |
| 10/30/07 | Photocopy Expense | 28.71 |
| 11/08/07 | In-City Transportation | 6.00 |
| 11/19/07 | In-City Transportation - M. Kelly - Cab Fare to Court - 11/19/07 | 8.00 |
| 11/27/07 | Photocopy Expense | 1.65 |
| 1/07/08 | Pacer Service Center Charges - 1/07/08 | .88 |
| 1/07/08 | Pacer Service Center Charges - 1/07/08 | .80 |
| 2/23/08 | Photocopy Expense | 6.36 |
| 2/25/08 | Postage Expense | 4.60 |
| 4/04/08 | Pacer Service Center Charges - 4/4/08 | 4.00 |
| 4/28/08 | Printing Expense | 1.44 |
| 5/06/08 | Postage Expense | 30.07 |
| 5/06/08 | Printing Expense | 18.00 |
| 5/08/08 | Postage Expense | 11.89 |
| 6/13/08 | Photocopy Expense | .54 |
| 7/01/08 | Postage Expense | .97 |
| 10/08/08 | Photocopy Expense | 9.06 |
| 10/29/08 | Photocopy Expense | .12 |
| 11/20/08 | Special Messenger Service | 14.03 |
| 1/03/13 | Pacer Service Center Charges - 1/3/13 | .70 |
| 2/14/13 | Photocopy Expense | 14.50 |
| | TOTAL DISBURSEMENTS | $ 1,257.04 |

| | |
|---|---|
| MATTER 10608 TOTAL | $ 68,171.04 |
| TOTAL INVOICE | $ 68,171.04 |

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF PROFESSIONAL SERVICES**               EXHIBIT C

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RONALD R. PETERSON | 2.50 | 1,225.00 | 3,062.50 |
| RONALD R. PETERSON | 28.90 | 750.00 | 21,675.00 |
| RONALD R. PETERSON | 8.70 | 650.00 | 5,655.00 |
| RONALD R. PETERSON | .50 | 595.00 | 297.50 |
| RONALD R. PETERSON | 3.80 | 585.00 | 2,223.00 |
| DAVID P. SANDERS | 12.80 | 575.00 | 7,360.00 |
| MICHAEL J. KELLY | 1.00 | 550.00 | 550.00 |
| DAVID P. SANDERS | 8.00 | 525.00 | 4,200.00 |
| MICHAEL J. KELLY | 1.90 | 450.00 | 855.00 |
| JOHN D. VANDEVENTER | 3.00 | 380.00 | 1,140.00 |
| TOI D. HOOKER | .50 | 370.00 | 185.00 |
| JASON N. KNAPP | 1.20 | 360.00 | 432.00 |
| MICHAEL J. KELLY | 15.30 | 350.00 | 5,355.00 |
| ANGELA M. ALLEN | 6.00 | 325.00 | 1,950.00 |
| ANDREW S. NICOLL | 1.00 | 325.00 | 325.00 |
| LANDON S. RAIFORD | 1.10 | 325.00 | 357.50 |
| MICHAEL J. KELLY | 22.90 | 275.00 | 6,297.50 |
| MICHAEL H. MATLOCK | 3.70 | 260.00 | 962.00 |
| LOWELL T. YAP | .20 | 260.00 | 52.00 |
| MICHAEL H. MATLOCK | 5.40 | 235.00 | 1,269.00 |
| LOWELL T. YAP | 1.60 | 235.00 | 376.00 |
| ELIZABETH A. KALISZ | .60 | 230.00 | 138.00 |
| LOWELL T. YAP | 1.70 | 225.00 | 382.50 |
| MARC A. PATTERSON | 2.20 | 220.00 | 484.00 |
| ELIZABETH A. KALISZ | 3.20 | 215.00 | 688.00 |
| LOWELL T. YAP | 1.50 | 210.00 | 315.00 |
| MARC A. PATTERSON | .90 | 205.00 | 184.50 |
| NEIL H. BERGER | .50 | 190.00 | 95.00 |
| MARC A. PATTERSON | .30 | 160.00 | 48.00 |
| TOTAL | 140.90 | | $ 66,914.00 |