# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARK A SWIFT, | ) | Case No. 05-35255 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | **Hearing:  Thursday, May 28, 2020** |
| | ) | **9:00 a.m.** |
| | ) | |

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, May 28, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne telephonically pursuant to the Court's Amended General Order No. 20-03 (a copy of which is on the Court's website, ilnb.uscourts.gov), or before any other judge who may be sitting in her place and stead, and present the attached **Trustee's Application for Compensation and Expenses**.  A party who objects to this motion must file a Notice of Objection no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment

Dated:  May 1, 2020

Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of Mark A. Swift

By: _____/s/  Ronald R. Peterson_____
          Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on May 1, 2020, I caused a copy of the foregoing **Trustee's Application for Compensation and Expenses** to be served on each of the parties listed on the attached Service List by the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

*/s/ Ronald R. Peterson*
Ronald R. Peterson

**SERVICE LIST**
(05-35255)

**VIA ECF NOTIFICATION**:

- Thomas M Britt    tmblawstf1@sbcglobal.net
- Joseph D Frank    jfrank@fgllp.com, jkleinman@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com;csmith@fgllp.com
- Sheryl A Fyock    sfyock@llflegal.com
- Fred R Harbecke    fredrharbecke@sbcglobal.net
- Michael Kelly    michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Larry S Lofgren    larryl@wlegal.com
- Lester A Ottenheimer, III    lottenheimer@olawgroup.com, nfishkin@olawgroup.com
- Francis J. Pendergast    fpendergast@crowleylamb.com, mfarhoud@crowleylamb.com;docket@crowleylamb.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Alex Pirogovsky    alex@alexplaw.com, pirogovskyar67847@notify.bestcase.com
- Michael L Starzec    mike@collectalot.com
- Gregg Szilagyi    gs@tailserv.com

**VIA U.S. MAIL**:

| | |
|---|---|
| American Express<br>Acct# 3713 828757 27003<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Travel Related Services<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Bank One<br>Three First National Plaza<br>70 West Madison 10th Floor<br>Chicago, IL 60670-0001 | CIB Marine Capital<br>101 North Wolf Road<br>Hillside, IL 60162-1634 |
| Chase Bank<br>Acct# 4388 5230 2209 6869<br>PO Box 94014<br>Palatine, IL 60094-4014 | CIB Marine Capital LLC<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603-1526 |
| Citibank<br>Citibank Customer Service<br>P O Box 6500<br>Sioux Falls, SD 57117-6500 | Cole Taylor Bank<br>9550 West Higgins Road<br>Rosemont, IL 60018-4906 |

| | |
|---|---|
| JP Morgan Chase Bank<br>719 Elm St.<br>Winnetka, IL 60093 | JPMorgan Chase Bank, N.A.<br>120 S. LaSalle Street<br>6th Floor<br>Chicago, IL 60603-3426 |
| Jolivette & Templer, PC<br>10 South LaSalle, Suite 1017<br>Chicago, IL 60603-1088 | MBNA America<br>Acct# 4264 2806 1577 5955<br>1000 Samoset Dr.<br>Wilmington, DE 19884-2332 |
| North Shore Community Bank<br>Acct# 03390002413-0000<br>7800 Lincoln Ave.<br>Skokie, IL 60077-3643 | Northbrook Group Holdings<br>Attn: Mark Steger<br>221 Wood Stock Ave.<br>Kenilworth, IL 60043-1233 |
| Northbrook Group Holdings<br>c/o Alex Pirogovsky, Esq.<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Oronova, Inc.<br>c/o Patrick Hart<br>1585 Ellinwood, #105<br>Des Plaines, IL 60016-4535 |
| Washington Mutual<br>PO Box 3139<br>Milwaukee, WI 53201-3139 | Mark A Swift<br>220 Melrose Ave.<br>Kenilworth, IL 60043-1251 |
| Thomas M Britt<br>Law Offices of Thomas M. Britt, P.C.<br>6825 W 171st St.<br>Tinley Park, IL 60477-3447 | Cole Taylor Bank<br>c/o Sheryl A. Fyock<br>Latimer LeVay Jurasek, LLC<br>55 West Monroe Street Suite 1100<br>Chicago, IL 60603-5128 |

2

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| SWIFT, MARK A | ) | CASE NO. 05-35255-DLT |
| | ) | |
| Debtor(s). | ) | Hon. Deborah L. Thorne |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Deborah L. Thorne

   NOW COMES RONALD R. PETERSON, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,255.78 as compensation and $244.84 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

   Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $25,057.79. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,005.78 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $3,255.78 | |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Bond | $150.36 |
| Trustee's Bond Premium | $94.48 |
| | |
| TOTAL EXPENSES | $244.84 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   May 1, 2020                    /s/ RONALD R. PETERSON
                                        RONALD R. PETERSON, Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456
Business        (312)222-9350
FAX             (312) 840-7381